| | |
|---|---|
| SUMMIT CARBON SOLUTIONS, LLC,<br><br>   Plaintiffs-Appellees,<br><br>v.<br><br>SHELBY COUNTY, IOWA; SHELBY COUNTY BOARD OF SUPERVISORS; STEVE KENKEL, IN HIS OFFICIAL CAPACITY AS A SHELBY COUNTY SUPERVISOR; CHARLES PARKHURST, IN HIS OFFICIAL CAPACITY AS A SHELBY COUNTY SUPERVISOR; DARIN HAAKE, IN HIS OFFICIAL CAPACITY AS A SHELBY COUNTY SUPERVISOR,<br><br>   Defendants-Appellants. | Case No. 23-3758<br><br>**APPELLANTS' NOTICE OF METHOD OF APPENDIX PREPARATION** |

Defendants-Appellants Shelby County, Iowa; Shelby County Board of Supervisors; Steve Kenkel, in his official capacity as a Shelby County Supervisor; Charles Parkhurst, in his official capacity as a Shelby County Supervisor; and Darin Haake, in his official capacity as a Shelby County Supervisor, hereby give notice that they have conferred with Plaintiff-Appellee and the parties intend to prepare a Joint Appendix pursuant to Federal Rule of Appellate Procedure 30(b)(1) and Eighth Circuit Rule 30A(b)(2).

/s/ Jason M. Craig
Jason M. Craig (AT0001707)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Phone: 515-243-7611
Fax: 515-243-2149
jcraig@ahlerslaw.com
ATTORNEYS FOR DEFENDANTS-APPELLANTS

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2024, I filed a copy of the foregoing with the Clerk of Court using the Appellate CM/ECF system which effected service on all participants in the case who are registered CM/ECF users.

/s/ Jason M. Craig