# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-3758

William Couser and Summit Carbon Solutions, LLC

Appellees

v.

Shelby County, Iowa, et al.

Appellants

------------------------------

Iowa Farmers Union, et al.

Amici on Behalf of Appellant(s)

American Petroleum Institute and Liquid Energy Pipeline Association

Amici on Behalf of Appellee(s)

No: 23-3760

William Couser and Summit Carbon Solutions, LLC

Appellees

v.

Story County, Iowa, et al.

Appellants

------------------------------

Iowa Farmers Union, et al.

Amici on Behalf of Appellant(s)

American Petroleum Institute and Liquid Energy Pipeline Association

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Southern District of Iowa - Central

(1:22-cv-00020-SMR)
(4:22-cv-00383-SMR)

___

**ORDER**

The motion for leave to file an amicus brief in support of the petition for rehearing is granted.

July 17, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler